1    UNITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

BRIAN T. KELLEHER

4618 Thorntree Court

Stockton, CA 95210

Plaintiff.

**Case: 1:23-cv-02756**
Assigned To : Mehta, Amit P.
Assign. Date : 9/20/2023
Description: Pro Se Gen. Civ. (F-DECK)

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES**

**(Clean Air Act, 42 U.S.C. §§ 7401 et seq.)**

v.

MICHAEL REGAN, in his official capacity of administrator

U.S. Environmental Protection Agency, 1200 Pennsylvania AVE., NW Washington, DC 20460

Defendant.

RECEIVED

SEP 2 0 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

3

4    **COMPLAINT**

5    **1.0 INTRODUCTION**

Kelleher vs Regan filed 09/20/23 Pleadings

1      1        This suit is a claim filed under 42 U.S. Code Section 7604 (a) "Authority to bring civil

2    action; jurisdiction" (2) against the [EPA] Administrator where there is an <u>alleged failure to</u>

3    <u>perform</u> any act or duty under this chapter which is not discretionary with the Administrator . . ."

4    Here we have an alleged hyper high stake "alleged failure to perform" wherein the plaintiff is

5    compelled to use his unique 40 years professional experience as a private sector environmental

6    engineer including his highly unusual 30-years' experience as a court-appointed neutral fact finder,

7    to take on the entire global academic community and Washington D.C. federal deep state

8    bureaucracy in accusing the Administrator for political purposes and financial gain of turning blind

9    eyes to multiple lines of overwhelming empirical evidence of the following. (1) All stratospheric

10   ozone depletion and global warming trends that have occurred since the early 1970s are definitively

11   the result of grand solar maximum atmospheric conditions involving highly elevated solar-storm-

12   related energetic particle precipitation (EPP) . (2) The validity of the coupled general circulation

13   models (GCMs) that the EPA, DOE and Intergovernmental Panel on Climate Change (IPCC) have

14   relied on extensively in justifying/demanding the regulation of GHGs including $CO_2$ as hazardous

15   air pollutants were recently carefully checked by the second NASA Solar Irradiance Science Team

16   (SIST2) and in six reports issued between Dec 2019 and May 2022 they were found to be utterly

17   and completely invalid.

Kelleher vs Regan filed 09/20/23 Pleadings

1     2     As far as Kelleher's standing goes, the Court needs to consider several key points: (1)

2  Kelleher is providing evidence that there is no GHG pollution effect and that ODS regulations are

3  not needed which is clearly allowed under the CAA. This means that Kelleher does not have to

4  demonstrate that he is damaged by air pollution which is ordinarily the case in citizen suits that are

5  rejected on standing. (2) Rather, should the Washington D.C. Federal District Court and or EPA

6  attorneys agree with the massive high quality empirical evidence provided by Kelleher in the above

7  two areas (which the Plaintiff considers extremely likely), this would prove that Kelleher is far and

8  away the most qualified unbiased person to address the question of the need for the EPA to regulate

9  GHGS and ODS. This would mean that there was enormous value in the work Kelleher conducted

10  on behalf of the EPA and U.S. citizens and private enterprises. (3) Under such circumstances

11  Kelleher argues that his so-far completely unrewarded neutral-fact-finding efforts to compel EPA

12  compliance with federal laws constitute damages in the form of consulting fees or legal fees also

13  considering: (4) the pro-se nature of the suit; (5) the fact that his fees are ordinarily taxed by the

14  court to the litigating parties and; (6) the suit includes allegations that the Administrator has

15  brazenly violated specific federal laws that were enacted to protect commerce and the constitutional

16  rights of U.S. citizens putting tort damages in play. (7) In other words, because the EPA, in spite of

17  the extremely high stakes to commerce and society, did not conduct anything close to the legally

18  mandated rigorous environmental engineering analysis needed to identify the true cause of recent

1   lower stratospheric ozone depletion and climate change, the EPA left it up to Kelleher to force the

2   issue via a citizen suit. (8) Given the stakes to world commerce and constitutional rights of all U.S.

3   citizens, this is not your ordinary CAA citizen suit; rather if successful it would be aptly considered

4   the most important/consequential civil action ever filed in the USA.

5       3       Kelleher is further asserting that because the EPA and DOE are refusing to accept the

6   findings of the NASA SIST(2), this is sufficient proof in and of itself that the EPA Administrators

7   true motive ("agenda") for regulating CO2 is pure power-grabbing political ambition and financial

8   gain and has nothing to do with climate change or environmental protection. The fate of the nation

9   and western civilization is hanging in the balance

10      4       The EPA decision in December 2009 to regulate gaseous carbon dioxide (CO2)

11  emissions from fossil fuel combustion under the Clean Air Act (CAA) as a greenhouse gas pollutant

12  under false pretenses has already had a profound negative effect on the constitutional rights of all

13  citizens of the U.S.A as well as U.S. and International Commerce. As the Biden Administration

14  under the so-called Inflation Reduction Act begins shoving the progressive left's green new deal

15  down this nation's throat, the costs of regulating GHGs under false pretenses are already in the

16  trillions of dollars putting the U.S.A. on the brink of bankruptcy.

17      5       This Clean Act citizen suit comes on the heels of Plaintiff, a highly experienced private

18  sector free-lance environmental engineer who has 30-plus years' experience as a no-nonsense, court-

1    appointed neutral fact finder, having conducted at his own expense and volition a truly rigorous

2    neutral fact-finding analysis of the source of recent global warming trends. Kelleher commenced the

3    investigation shortly after former president Obama entered the U.S. in the Paris Climate Accord in

4    December 2015. See **Exhibit A** as to Kelleher's qualifications for so doing.

5        6        In conducing his analysis, Kelleher reached the following key conclusions as to what

6    evidence on the source of global warming and stratospheric ozone depletion would stand up in

7    federal court under civil/environmental engineering standards and protocols. In conducting his

8    reviews for the Courts, Kelleher with the approval of the case special master sometimes is

9    compelled to convince the court to reject entire bodies of evidence that do not meet legal standards.

10   A good example is the output of black-box-variety, numeric, fate-and-transport models designed to

11   support overtly biased forensic theories employing myriad debatable assumptions, or transparently

12   fudged or manipulated data. Just before starting his careers as neutral fact finder, Kelleher was the

13   first witness for the prosecution in a case made famous by a book and movie called "A Civil

14   Action." His unanticipated testimony challenging the output of an unvalidated numeric fate and

15   transport model led to one of the two main defendants settling for nuisance value once the numeric

16   model was rerun to take into account engineering input on groundwater recharge from a large river

17   separating a toxic site from a halogen-pollutant-impacted domestic water-supply well. In

18   conducting the present analysis, Kelleher encountered transparently deliberately and openly corrupt

1   numeric fate and transport models recklessly endorsed by the Ozone Secretariate, EPA and IPCC

2   at the recommendation of federal agencies and federal employees in the complete absence of

3   engineering or ASTM oversight. The modeling efforts are aptly described by Kelleher as the mother

4   of all academic wild goose chases.  On the basis of the following key findings, this court should

5   recognize that the citizens and enterprises of the U.S.A. are in desperate need of Kelleher's neutral-

6   fact-finding expertise as is the EPA and the Washington D.C. Federal District Court. Nobody else

7   has come forward because they do not understand how weak the EPA's position in a court setting

8   in relying on unvalidated/uncertified numeric fate and transport models created with zero

9   engineering oversight or any ASTM certification.

10      7   **Key finding 1** – First and foremost, there are multiple converging lines of validated

11   empirical evidence that provide overwhelming definitive and unequivocal proof that all global

12   warming trends and lower-stratospheric ozone depletion that commenced or accelerated in the

13   early 1970s, are the result of a natural cycle of lower stratospheric ozone depletion called a Grand

14   Solar Maximum (GS-Max). The evidence is clearly showing that the GS Max commenced in the

15   late 1930s during the highly active phase of 11-year solar cycle 17, petered out in the 1950s and

16   1960s during less-intensive solar cycles 18 and 19 and then accelerated late in solar cycle 20 after

17   the Earth was struck on August 4, 1972 by the highest-intensity solar proton event (SPE) recorded

18   in the satellite era rivaling in certain respects the epic Carrington SPE of Sept 1859 which by all

1  appearances headed off the onset of a  major ice age. Of the utmost significance, there were telltale

2  flurries of gigantic to gargantuan SPEs following at approximately 10-year intervals within solar

3  cycles 21-24 that perpetuated the GS Max. Kelleher cannot overemphasize the strength of this

4  evidence in defeating the GHGT when coupled with the rest of the findings. The EPA will not be

5  able to counter the evidence on the GS Max. It is too strong and multifaceted.

6      8      **Key finding 2** – In a court setting, as neutral-fact-finding environmental engineer

7  Kelleher easily, definitively and emphatically rejects and dismisses out of hand for use in a court

8  setting the greenhouse gas theory of global warming (GHGT). This theory is 100% non-viable given

9  its brazen conflicts with the first and second laws of thermodynamic. This rejection of the GHGT

10  also considers the utter and complete impossibility of longwave mid-to-far -infrared thermal

11  radiation in $CO_2$'s strong 14-16 micron absorption band emitted downward from the lower

12  stratosphere transitioning the convective zone in the mid-to-lower troposphere (upper part of the

13  biosphere). Specifically, Kelleher holds that it is an unquestioned definitively proven scientific fact

14  that the convective zone is completely and utterly opaque to mid-to-far thermal infrared radiation

15  spanning 4-100 microns except in relatively small amounts within the two very well-documented

16  spectral windows generally considered to span 4.5 to 5.5 microns centered at 5 microns and 8 to

17  12/13 microns centered at 10 microns with the latter dominating the former in terms of purely

18  upward transmittance in W/m2.

9    **Key finding 3** – Along the same lines, in a court setting, as neutral fact finder, Kelleher

easily, definitively and emphatically rejects all measurements of upwelling or downwelling

longwave radiation that are dependent on the validity of the unproven/unprovable GHGT. This

rejection extends to the atmospheric emittance coefficients in the Harvard Smithsonian HITRAN

spectroscopic database and U.S. Airforce Research Lab MODTRAN and LOWTRAN radiative

transfer models. This also covers flux measurements made by pyrgeometers and the like derived

from measurements of so-called radiance (aka brightness) temperature that are multiplied by the

Stephan Bolzmann constant assuming an Ocean/biosphere emissivity of 1. In a court setting, the

measurements recorded by the NASA ERBE and CERES satellite missions are properly considered

fake data and the Courts should not accept this data in the absence of proof of the viability of the

GHGT. There is a reason that the EPA has been shunning engineering oversight and ASTM

certification.

10    **Key finding 4** – When it comes to validated bona fide empirical data, the Court should

easily accept" **(a)** the maps and trend graphs presented on the **NASA Ozone Watch website** for the

Southern Hemisphere except for the extraneously high monthly values for October in years with

sudden stratospheric warming events (2002 and 2019); **(b)** the published TCO, NO2, water vapor,

temperature and possibly HNO3 data if it can be derived for the NASA SAGE satellite missions

restricted to the mid-to-lower stratosphere for both hemispheres including the heavily suppressed

1   SAGE-II data for downwelling UVA, visible, and near infrared irradiance that is hidden in or

2   missing from the archives; **(c)** the long term ground based or ozonesonde data for Arosa,

3   Switzerland and the following Antarctic weather stations: South Pole, Halley Bay, Syowa via

4   **Solomon et al., 2005**. The NASA Ozone Watch coupled with the Antarctica data documents a 40-

5   60 percent TCO depletion in the Antarctic Spring (Sep/Oct) between 1979/80 and 1997 for areas S

6   of 60 deg S and about 10-15% depletion between 1979/80 and 2022 for the Southern Hemisphere

7   spring and summer in a latitude band spanning 30 deg S-60 deg S with the depletion easiest to see

8   between 30-50 deg in the maps for the summer (Dec/Jan/Feb). Since the area S of 60 deg is a mix

9   of minimum and maximum ozone levels, it would have been useful if NASA had an additional

10   seasonal category for the area within the polar vortex based on a threshold concentration of 220

11   DU. The same goes for the area between 30-60 degrees which would more appropriately be set at

12   30-50 deg S and/or a threshold of 290 DU. The Court should also accept NASA and European

13   validated/un-fudged satellite datasets showing the seasonal and regional and vertical distribution of

14   NO, NO2 and HNO3, The court should accept data showing the seasonal and regional distribution

15   of polar stratospheric clouds (PSCs) which rate-limiting factors on the climatic effects of ODS.

16   11    **Key finding 5** – The NASA Ozone Watch data for the Northern Hemisphere is not to be

17   trusted because of the very high frequency of sudden stratospheric warming events commencing in

18   the 1990s which appear to cause ozone to form in the mid to upper stratosphere with the return of

1    sunlight. The dataset shows about 8-20 percent depletion in Arctic summer and spring, respectively

2    at points N of 60 deg but starting from a significantly higher baseline value for 1979/80 or the 1950-

3    60s. At 30-60 deg N, the depletion in NH spring and summer is about 4-8% between baselines

4    1979/80 and 2022. The Court should not trust the satellite datasets for the halogen free radicals

5    (Clx and Brx) and the conclusions that climate scientists have drawn about the transition under GS

6    Max conditions of N2O to NO and NO2 outside the tropical stratosphere.

7    12    **Key finding 6** – Kelleher found no bona fide empirical evidence that Ozone Depleting

8    Substances (ODS) called chlorofluorocarbons (CFCs) were causing global warming trends given

9    that the reaction with halogen radicals and ozone in the lower stratosphere is largely limited to

10    inside the polar vortexes in the dark of polar nights. Kelleher found that under GS Max conditions

11    ODS were inhibiting lower stratospheric ozone depletion on a net basis by sequestering the

12    dominant odd nitrogen radicals (NOx) related to GS Max conditions (EPP). Kelleher further found

13    that the phase-out of CFCs under the U.S. led Montreal Protocol was not having a beneficial effect

14    of any kind as far as reducing skin cancer inducing UVB radiation. He found that the almost all the

15    cancer forming UVB is absorbed by molecular oxygen (O2) in the mesosphere and upper

16    stratosphere and that short peak periods of UVB are primarily associated with the giant solar storms

17    that cause direct EPP.

18    13    **Key finding 7** – Of the utmost significance, in deciding in 2009 whether or not it was

1    necessary to regulate GHGs and continue to regulate ODS under the CAA, the EPA Administrator

2    was legally obligated under but declined to comply with Public Law 104-113 section 12(d) which

3    codified the White House Office of Management and Budget (OMB) Circular A-119 (1982) in the

4    interests of protecting U.S. Commerce and constitutional rights. This law compels the EPA

5    Administrator to use---as Kelleher did in reaching his conclusions---the existing Department of

6    Energy (DOE) National Renewable Energy Lab (NREL) voluntary consensus standards as

7    published in 2003 by ASTM International, Inc., (ASTM) to determine the cause and climatic

8    effects of lower stratospheric ozone depletion. This law expressly prohibited the EPA from using

9    government-unique methods and standards that had been developed at four U.S. Climate Modeling

10   Centers to regulate GHGs and ODS. There is no exception under this law concerning EPA's

11   participation/leading role in implementing the Montreal Protocol and International Panel on

12   Climate Change (IPCC) Coupled Model Intercomparison Project (CMIP).

13        14    **Key finding 8** – Of the utmost significance, in deciding in 2009 and at all times prior

14   whether or not it was necessary to regulate GHGs and continue to regulate ODS under the CAA,

15   the EPA Administrator was obligated to consider but turned blind eyes to the evidence that NASA

16   GISS had published in Lacis and Hansen, 1974 (LH74) fig 6 which was fully endorsed by the DOE

17   Solar Energy Research Institute (SERI) in 1982 and by ASTM in 1973 and 1982. In doing what the

18   EPA was required to do under law, Kelleher used TCO data from **Solomon et al., 2005** for the

1   NOAA South Pole weather station at 90 deg S and LH-74 fig 6 to predict the incremental

2   **Chappuis band irradiance** (highlighted in bold throughout) reaching the Antarctic Plateau in the

3   early spring with the sun hovering about 8 deg above the horizon all day long at a solar zenith angle

4   of 82 deg which correlates with a stratospheric ozone air mass of about 7 putting the ozone optical

5   density at 2.0. Thus, from LH fig 6 the amount of visible irradiance absorbed at baseline is 3.8% of

6   1366 which is 52 W/m2 and the amount absorbed in 1997 is 1.9% of 1366 which is 26 W/m. This

7   50% decrease in absorption corresponds to an increase of up to approximately 26 W/m2 in

8   transmittance of visible irradiance heading for the ice-covered Antarctic Plateau. If needed,

9   Kelleher will be asking the Court to consider a motion for summary judgement on this undisputable

10   factual evidence and associated correlating runs made with the ASTM certified SMARTS2.9.5

11   radiative transfer model.

12     15   **Key finding 9** – In deciding in 2022-23, to continue to regulate GHGs in

13   allowing/encouraging the Biden Administration to force the proven-defunct GHGT down the

14   throats of American citizens and industries, the EPA was obligated to consider but cast blind eyes

15   to the fact that a team of experts called the second Solar Irradiance Science Team (SIST2) which

16   was assembled by NASA in 2018 for the express purpose of testing the validity of the coupled

17   GCMs the IPCC had endorsed from 2013-2021, published six papers between Dec 2019 and May

18   2022 that identified a massive calibration error for the ratio of visible to near-infrared radiation in

1    incident shortwave solar radiation, the so-called solar constant. The defect was so severe that the

2    SIST2 was able to prove definitively that it utterly and completely invalidated the runs of all the

3    coupled GCM models historically endorsed by the IPCC from a civil/ environmental engineering

4    standpoint based on the garbage-in-garbage-out engineering adage. If needed, Kelleher will be

5    asking the Court to consider a motion for summary judgement on this undisputable factual

6    evidence.

7    16    **Key finding 10** – Consistent with the above findings and in particular the distribution of

8    lower stratospheric ozone depletion, NASA and NOAA have established that the vast majority of

9    the excess heat energy the Earth has received since the 1960s is stored in the southern oceans

10    meaning the South Atlantic, South Pacific, Indian and Southern Ocean at points south of 30

11    degrees S. If needed, Kelleher will be asking the Court to consider a motion for summary

12    judgement on this irrefutable factual evidence.

13    17    **Key finding 11** – Using the above-referenced NOAA data, Scripts Institute of

14    Oceanography has documented that there is a gargantuan plume of solar-heated deep seawater

15    reaching the South Pacific Basin emanating from an area off the west coast of Antarctica where the

16    Open Ocean is exposed to the full brunt of the seasonal ozone hole. If needed, Kelleher will be

17    asking the Court to consider a motion for summary judgement on this irrefutable factual evidence.

1  18   Prior to filing this action which is restricted to requesting Court action to quell EPA's

2  deceptive practices in regulating ODS and GHGs and compensate Kelleher for all his neutral fact-

3  finding work, Kelleher duly notified the Trump Administration's EPA Administers Pruitt and

4  Wheeler, Attorney General William Barr and the head of the White House Office of Management

5  and Budget (OMB) as well as key NASA, NOAA and DOD employees of his findings. This

6  notification generated considerable interest by Acting EPA Administrator Wheeler who assigned a

7  progressive-left EPA employee who ended up refusing to work with Kelleher after Kelleher filed the

8  above-referenced whistle-blowing complaint and at all times refused his repeated requests to

9  comply with OMB circular A-119 codified by Public Law 104-113 section 12(d) by repeating

10  Kelleher's runs for areas of open ocean exposed to the ozone hole using the ASTM certified

11  SMARTS2.9.5 radiative transfer model to assess the climatic effects of lower stratospheric ozone

12  depletion. See **Exhibit B** for copies of the key e-mail transmittals to the Administrator and his

13  staff's response.

14  19   In the absence of any meaningful response by the EPA or other federal agencies,

15  Kelleher filed numerous whistle-blowing complaints with inspector generals against certain

16  executive branch federal agency employees that were either constructing---in the complete absence

17  of legally mandated civil engineering or ASTM type oversight---or using the complex coupled

18  general circulation climate models (coupled GCMs) endorsed by the Intergovernmental Panel on

1    Climate Change (IPCC). These agencies included the U.S. Department of State Global Change

2    Research Program (USGCRP).

3        20    In his whistle-blowing complaints, Kelleher summarized his findings on the climatic

4    effects of lower stratospheric ozone depletion and justifiably accused those who constructed the

5    coupled general circulation climate models (GCMs) endorsed by the EPA and IPCC of deliberately

6    subverting evidence of the climatic effects of lower stratospheric ozone depletion and concocting

7    evidence of a non-viable, non-existent greenhouse gas feedback effect emanating from the very

8    same ozone-depleted lower stratosphere. Kelleher also filed a formal clean air act petition in

9    January 2022 to convince the EPA to deregulate GHGS and ODS based on the same findings.

10       21    Supporting his allegations, Kelleher located internal NASA documents published in

11   2012 revealing concerns by senior-level NASA personnel that certain NASA SORCI Satellite

12   Mission personnel were colluding with U.S. Naval Research Lab personnel in fudging the entire

13   dataset for otherwise accurate measurements of shortwave spectral irradiance entering the top of

14   the atmosphere. The miscalibration involved the ratio of visible to near-infrared irradiance in favor

15   of the latter which effectively made ozone absorption of visible irradiance disappear into thin air.

16   Kelleher is not asking the court to rule on this finding.

17       22    Supporting his allegations, in viewing the reports and papers published in connection

18   with DOE Lawence Livermore National Lab (LLNL) Coupled Model Intercomparison Project

1    (CMIP 1-3, 5-6), the NASA SORCI, ERBI and CERES satellite missions, the NOAA Climate Data

2    Record (CDR), and the NSF NCAR Climate Data Survey (CDS), Kelleher found more than

3    sufficient evidence to conclude that certain federal government employees and certain private sector

4    contractors out of Univ of Colorado, Boulder were brazenly doctoring and fudging the satellite

5    datasets for the express purpose of allowing/forcing the coupled GCMs endorsed by the DOE

6    CMIP to prove out the GHGT. These findings extend to the models used to concoct evidence that

7    ODS are causing ozone depletion. These were the same datasets being furnished to the climate

8    modeling centers participating in the DOE/IPCC CMIP on a quarterly basis. The fudging was

9    done in open view with the silent approval of the EPA and USGCRP and the naked approval of the

10   National Resource Council, , NASA GSFC LRC, NOAA CDR, NCAR CLG and DOE LLNL

11   and NREL as well as all the U.S. and international climate-modeling centers. Kelleher is not asking

12   the court to rule on this finding.

13                                          **2.0 PARTIES**

14   23    Plaintiff Brian T Kelleher is a "person" within the meaning of 42 U.S.C § 7602(e).22.

15   24    Defendant Michael S. Regan is the Administrator of the United States Environmental

16   Protection Agency.

1     25     The Administrator is responsible for implementing the Clean Air Act in an ethical and

2    competent manner.

3     26     Defendant United States Environmental Protection Agency is an agency of the federal

4    government.

5                                  3.0 JURISDICTION

6     27     This case is a Clean Air Act "citizen suit." Therefore, this Court has jurisdiction over this

7    action pursuant to 28 U.S.C. § 1331 (federal question of jurisdiction) and 42 U.S.C. § 7604(a)

8    (Clean Air Act citizen suits).

9     28     An actual controversy exists between the parties within the meaning for 28 U.S.C. §

10   2201 that does not concern federal taxes, is not a proceeding under USC. § 505 or 1146 of Title 11,

11   and does not involve the Tariff Act of 1930. Thus, this Court has jurisdiction to order declaratory

12   relief, 28 U.S.C. § 2201. If this Court orders declaratory relief, 28 U.S.C. § 2202 Authorizes this

13   Court to issue injunctive relief.

14    29    Pursuant to 42 U.S.C. § 7604(b) and 40 C.F.R. §§ 54.2-.3, Plaintiff provided Defendant

15   with notice of intent to file a lawsuit by a letter dated June 16, 2021, which was amended on June

16   21, 2021, more than 60 days prior to the commencement of this lawsuit.

## 4.0 VENUE

30     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(e) (1).

31     On information and belief, the Administrator, sued in his official capacity, resides in this district. Additionally, a substantial part of the events or omissions giving rise to Kelleher's claims occurred in this district and the effects and burdens of the Defendant's failure to act also arise from this district.

32     Kelleher's claims for reimbursement of environmental engineering consulting services provided in good faith out of necessity far exceed $75,000.

## 5.0 STATUTORY FRAMEWORK

33     Under the Clean Air Act section 202(a) the EPA cannot regulate so-called greenhouse gases $CO_2$, $CH_4$, and $N_2O$. etc., without compelling proof they endanger public health and welfare.

34     While the EPA previously met this burden to the satisfaction of the certain courts, critically important new information has come to light that shows that a natural cycle of stratospheric ozone depletion is the source of all warming trends identified by the EPA on its climate change indicators website and that IPCC endorsed coupled GCMs referenced as key evidence on the same website are severely mis-calibrated and aptly considered defunct.

1    35    Under the Clean Air Act, the EPA is charged with regulating and implementing air

2    pollution control which is a discipline of civil engineering (fixed works and non-fixed works) or

3    environmental engineering (non-fixed works) in an ethical and competent manner while relying on

4    relevant and applicable scientific empirical data.

5    36    In particular under 42 U.S.C. § 7545 § 112(b)(3)(B) (C) and 112(c)(9)(B)(ii) the EPA must

6    rely on relevant high quality empirical data to determine whether an alleged hazardous air pollutant

7    or industry source category, in this case the oil and gas and certain chemical industries, poses a

8    significant risk to public health or the environment.

9    37    The following EPA document contains guidance on the gathering and use of empirical

10   data for EPA employees EPA QA/G4 (QA00) "Guidance of the Data Quality Objective Process."

11   Table 2 on page 5 titled "*EPA General Assessment Factors*" covers numeric modeling and makes it

12   crystal clear that (1) the modelling approach must be sound ruling out coupled GCMs that look only

13   at annual average levels of sunlight instead of focusing on high slant paths/air mass effects and (2)

14   must be independently validated alluding to the use of ASTM certification also ruling out coupled

15   GCMs that have been proven to generate invalid results. Link:

16   https://www.epa.gov/sites/default/files/2015-06/documents/g4-final.pdf

17   38    The District of Columbia Municipal Regulations Title 17, Chapter 17-15 § 17-1517 has

18   adopted professional-code licensing requirements for civil and environmental engineers similar to

1    those adopted by most states setting extremely high standards for education, competence and ethics

2    to protect public welfare. These codes strictly prohibit research scientists from practicing any kind of

3    engineering which would include preparing or conducting peer review of signed and stamped

4    engineering reports. Link: DCRegs

5    39    As executive branch federal employees, all EPA employees are bound by the following

6    oath of allegiance: *I do solemnly swear (or affirm) that I will support and defend the Constitution of the*

7    *United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same;*

8    *that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and*

9    *faithfully discharge the duties of the office on which I am about to enter: So help me God.* This oath would

10   prohibit EPA staff from collaborating with or forming alliances with persons or entities that are

11   hostile to the United States and conspire and collude to destroy our oil and gas and certain chemical

12   industries in fostering a socialist takeover of the executive branch of the U.S. government.

13   40    All EPA employees are bound by Standards of Ethical Conduct for Employees of the

14   Executive Branch, 5 C.F.R. Part 2635 including "You may not use your Government position to

15   suggest that your agency or any part of the executive branch endorses organizations . . ." This

16   would include the Democratic Party, the IPCC and the Ozone Secretariat.

17   41    The Hatch Act, 5 U.S.C. §§ 7321-7326 restricts Federal employees' involvement in

18   partisan political activity. As of Sept 2023, however, support for the GHGT of global warming is

1    clearly divided along party lines to the extent the Green New Deal constitutes the justification for

2    American voters to reject conservative republicans and put the Democratic Socialists Party with

3    heavy reliance on its EPA branch in complete control of the country. The EPA Administrator and

4    Obama and Biden Administration were/are clearly in cahoots. Donald Trump and his MAGA

5    movement is/was poised to end the GHGT Charade and kick federal-employed climate scientists

6    off the gravy train.

7    42    To protect U.S. Commerce and comply with international trade agreements, it is

8    critically important that all EPA employees comply with the letter, spirit and intent of Public Law

9    104-113 § 12(d), the National Technology Transfer and Advancement Act of 1995 which codified

10    OMB Circular A-119 (1982) by using—when they are relevant and applicable in making important

11    regulatory decisions with very high stakes to U.S. Commerce— voluntary consensus standards

12    established by certain highly qualified independent institutions such as ASTM International Inc.,

13    which was formerly the American Society for Testing and Materials (ASTM).

14    **6.0 FACTUAL EVIDENCE**

15    **6.1 Factual evidence proving Kelleher's qualifications and standing**

16    43    **Exhibits A1 through A-6** provide proof of Kelleher's qualifications and accomplishments as

17    a private sector environmental engineer with extensive experience in air pollution control and neutral

1    fact finding in a legal setting.  The following are additional relevant considerations.

2    44      Considering all that is at stake to U.S. taxpayers and commercial enterprises of all kinds with

3    the EPA Administrator's regulation of GHGs and to a lesser extent with ODS and on the strength of the

4    evidence provided in the pleadings and extensive exhibits and the fact that Kelleher is alleging very

5    specific violations of applicable federal laws, the Federal Court should consider Kelleher optimally

6    qualified/suited  to file this clean act action which is asking the Court to compel the EPA administer to

7    use the correct engineering standards and protocols and obey all applicable laws and ethical standards in

8    deciding that regulating GHGs and ODS is unnecessary/unwarranted.

9    45      Additional proof of the need/justification for Kelleher inserting himself in the process for

10   regulating GHGs and ODS at his own considerable expense lies in the fact that no other civil engineer or

11   environmental engineer has stepped up to the plate and the oil and gas companies and auto industries are

12   groveling under the vicious attacks and suits launched by the progressive-left.

13   46      For the above reasons and to the extent that at least some if not all of the following factual

14   evidence is accepted as fact by the Court and/or the EPA, Kelleher has sufficiently demonstrated legal

15   standing to file the suit.

16   47      The regulation of air and water pollutants and the determination of optimal methods for

17   mitigating pollution impacts lie squarely within the fields of civil engineering (fixed works and non-

1  fixed works) and environmental engineering (non-fixed works). These fields of expertise were

2  established in conjunction with the adoption of the Clean Water Act in 1968 and Clean Air Act in

3  1970 immediately attracting Kelleher's interest when he graduated from HS in 1969. Civil

4  engineers rule the roost over all other categories of engineering including environmental

5  engineering. To safeguard and protect commerce and welfare, the findings or plans in a signed

6  stamped civil engineering report can only be reviewed by other qualified licensed civil engineers.

7  Scientific peer review does not apply.

8      48      Bearing this out, Kelleher is providing a link to Northeastern University, Boston MA

9  website which is where he started his master's program in Environmental Engineering in 1976

10  before transferring to the University of Mass, Lowell, Department of Civil Engineering (MS 1982).

11  This link provides a concise summary of what an undergraduate program curriculum in the field of

12  civil/environmental engineering currently entails. Link: Environmental Engineering - Department

13  of Civil & Environmental Engineering (northeastern.edu)

14      49      Engineers and scientists are definitively/unequivocally not peers. In a court setting,

15  scientists testifying on the merits of complex 3-d fate and transport numeric model runs arguing for

16  or against causation and timing of a pollutant event are viewed by neutral fact finders as hired guns

17  given they are paid exaggerated fees by law firms and insurance companies to make the best case

18  for their clients that is allowed by law. Engineers on the other hand cannot endorse these types of

1    models and generally are not used as experts because they are strictly prohibited from acting as

2    hired guns. The following link for the National Society for Professional Engineers (NSPE)

3    summarizes the code of ethics that applies to the engineering fields explaining why engineers are

4    extremely conservative in comparison to scientists and considered infinitely more trustworthy Link:

5    Code of Ethics | National Society of Professional Engineers (nspe.org)

6    50    Kelleher is herein citing section 1500.1 of the Washington DC professional code which

7    can be considered typical of those adopted by the 50 states as it applies to the various fields of

8    engineering. The cited information is intended to show this Court that academic scientists even

9    with advanced degrees are prohibited from practicing civil or environmental engineering without

10   engineering supervision which is often practically accomplished at regulatory levels through

11   ASTM/ISO certification via the creation and use of voluntary consensus standards. Link: -

12   DCRegs *"In order to safeguard life, health, and property, and promote the public welfare, the practice of*

13   *engineering and/or land surveying in the District of Columbia is hereby declared to be subject to regulation in*

14   *the public interest. It is further declared to be a matter of public interest and concern that the professions of*

15   *engineering and land surveying merit and receive the confidence of the public and that only qualified persons be*

16   *permitted to engage in the practice of engineering and land surveying. All provisions of this chapter relating to*

17   *the practice of engineering and land surveying shall be construed in accordance with this declaration of policy."*

18   51    Kelleher alleges in this suit that the EPA shunned civil/environmental engineering and

1    ASTM/ISO input and oversight in regulating GHGs and ODS for the transparent purpose of

2    cancelling **Chappuis band absorption coefficients** and VCS for testing the thermal efficiency of

3    solar water heaters in politically motivated Marxist fashion.

4    52    **Exhibits B-1 through B-3** include copies of two Kelleher email communications with

5    the EPA Administrator Wheeler and a letter of response.

6    **6.2 Factual evidence that by the time former president Reagan had signed the**
7    **Montreal protocol in 1977 and funded the IPCC in 1988, the Reagan**
8    **Administration had prudently adopted the White House Office of Management**
9    **and Budget (OMB) circular A-119 (1982), which mandates the use of voluntary**
10   **consensus standards (VCS) by federal government agencies and was codified by**
11   **public law (PL) 104-113 Section 12(d) in 1995 during the Clinton Administration**

12   53    The most up-to-date Circular A-119 is published by the White House at the following

13   website. Link: https://www.whitehouse.gov/wp-content/uploads/2017/11/Circular-119-1.pdf

14   54    **Exhibits C-1 through C-4** includes relevant excerpts of the Clean Air Act and PL 104-

15   113 including section 12(d) and references to OMB-Circular A-119 and explains how the EPA

16   violated the CAA and PL 104-113 12(d) in regulating ODS and GHGs.

17   55    Quoting from the PL 104-103 § 12(d) and (d) (1) and (3): *UTILIZATION OF*

18   *CONSENSUS TECHNICAL STANDARDS BY FEDERAL AGENCIES; REPORTS – "(1) IN*

19   *GENERAL, - except as provided in paragraph (3) of this subsection, all federal agencies and departments shall*

20   *use technical standards that are developed or adopted by voluntary consensus standards bodies, using such*

1    *technical standards as means to carry out policy objectives or activities determined by the agencies or*

2    *departments. . . . (3) "EXCEPTION, – If compliance with paragraph (1) of this subsection is inconsistent with*

3    *applicable law or otherwise impractical the agencies or departments may elect to use technical standards that are*

4    *not developed by voluntary consensus standard bodies if the head of each such agency or department transmits*

5    *to the Office of Management and Budget an explanation of the reason for using such standards. Each year,*

6    *beginning in 1997, the Office of Management and Budget shall transmit to congress a report summarizing all*

7    *explanations received in the preceding year under this paragraph."*

8    56    The record is clear here, that a succession of EPA administrators had no valid reasons to

9    blow off the relevant and applicable standards for accurately measuring and modeling the amount

10   of solar radiation reaching the Earth and Ocean surface that were jointly developed and first

11   adopted in 1982 by the U.S. Department of Energy and three voluntary consensus standard bodies.

12   Instead, by all appearance the EPA encouraged DOE, NASA, NOAA and the NSF climate

13   modeling centers to similarly blow off the NREL voluntary consensus standards because they show

14   that stratospheric ozone depletion that commenced in August 1972 is the source of all the climate

15   change trends that commenced or accelerated in 1972 presumably because it is at odds with the

16   progressive-left tenets of the IPCC and Ozone Secretariat.

17   57    The DOE Solar Radiation Research Laboratory (SERL) was founded at Table Mountain CA, in

18   1981 and is currently within the National Renewable Energy Laboratory (NREL). Since 1981, SRRL

1   scientists and engineers in achieving compliance with OMB Circular A-119 have worked hand and hand

2   with ASTM and ISO scientists and engineers in the relevant technical committees at enormous expense to

3   taxpayers. Quoting from pages 1 and 2 of **Habte, Sengupta and Gueymard 2020** which is the NREL's most

4   up-to-date "Consensus International Solar Resource Standards and Best Practices Development," (emphasis

5   added): "*The National Renewable Energy Laboratory (NREL) has been actively leading and participating in the*

6   *International Energy Agency (IEA) Photovoltaic Power Systems (PVPS) Program Task 16 and ASTM subcommittee*

7   *G03.09 on radiometry standards development. Standards and best practices related to the solar resource contribute to a*

8   *better understanding of the magnitude and uncertainty of the resource available to conversion systems. Such documents*

9   *also contribute to the development and improvement of solar resource models for areas where solar radiation*

10  *measurements are not available. . . . NREL leads the ASTM G03.09 radiometry subcommittee, which is under ASTM*

11  *Committee G03: Weathering and Durability. The subcommittee develops and maintains standards associated with the*

12  *specification, calibration, measurement and modeling of solar radiation. The later encompasses the ultraviolet, visible and*

13  *infrared radiation regions, regardless of the radiation source: NREL is also a U.S. Technical Advisory Group in the*

14  *International Organization for Standardization (ISO)/ Technical Committee (TC) 180/ SC 1 Climate – Measurement*

15  *and Data. The committee promotes knowledge and stimulates research on the calibration and specification of radiometers,*

16  *the development of reference spectral irradiance, and radiometers recommended for practical use.*" The text goes on to

17  reference thirteen international voluntary consensus standards developed by NREL on behalf of ISO and

18  ASTM since the early 2000s. These are just the current/active standards. They all relate to monitoring and

19  modeling solar radiation and include the current G173-03 (2020) that is coupled with the SMARTS2.9.8

20  radiative transfer model. Since 2003, the package includes ASTM-certified reference spectra for the top of

the atmosphere (TOA) and for that reaching Earth. They are without question far and away the most accurate spectral irradiance standards available in the U.S. and have included **Chappuis band absorption coefficients** from the very start. Quoting from page 2-12 of **Sengupta et al., 2021** which is the NREL's "Best Practices Handbook for the Collection and Use of Solar Resource Data for Solar Energy Applications," Third Edition, 2021: "*Many solar energy applications rely on collectors or systems that have a pronounced spectral response. The performance of solar cells that constitute the building blocks of PV systems are affected by the spectral distribution of incident radiation. Each solar cell technology has a specific spectral dependence (see Figure 3-22). To allow for the comparison and rating of solar cells or modules, it is thus necessary to rely on reference spectral conditions. To this end, various international standardization bodies—ASTM, the International Electrotechnical Commission (IEC), and ISO—have promulgated standards that describe such reference terrestrial spectra. In turn, these spectra are mandated to test the performance of any solar cell using either indoor or outdoor testing methods. Currently, all terrestrial standard reference spectra are for an air mass of 1.5 (noted AM1.5). The reason for this as well as historical perspectives on the evolution of these standards are discussed by Gueymard et al. (2002). The standard reference spectra of relevance to the solar energy community are the following: • ASTM G173: for GTI on a 37° tilted surface and DNI • ASTM G197: for the direct, diffuse, and global components incident on surfaces tilted at 20° and 90° • IEC 60904-3: similar to ASTM G173, with only slightly different values, lower by 0.29% • ISO 9845-1: replicating ASTM G159 (now deprecated and replaced by G173); ISO is currently preparing an update.*" **REFERENCES**: **(1) Habte, Sengupta and Gueymard (NREL) 2020**: "*Consensus International Solar Resource Standards and Best Practices Development,*" *NREL/CP5-D00-75879 (2020).* **(2) Sengupta (NREL) et al., 2021**: "*Best Practices Handbook for the Collection and Use of Solar Resource Data for Solar Energy Applications,*" *Third Edition, 2021, NREL/TP-5D00-77635 (2021).*

1  58  The SMARTS2.9.5 radiative transfer model is ASTM certified as an adjunct to G173

2  (AGDJG173CD3) to give solar engineers the ability to model solar voltaic performance over a wide

3  range of atmospheric conditions. Quoting from the NREL website: *"Developed by Dr. Christian*

4  *Gueymard, SMARTS computes clear-sky spectral irradiances (including direct beam, circumsolar,*

5  *hemispherical diffuse, and total on a tilted or horizontal receiver plane) for specified atmospheric conditions.*

6  *SMARTS users can specify conditions from any of 10 standard atmospheres or their own data. Users can also*

7  *specify output for one or many points in time or solar geometries. SMARTS 2.9.2 is the basis for American*

8  *Society of Testing and Materials (ASTM) reference spectra (ASTM G173 and ASTM G177) used for*

9  *photovoltaic performance testing and materials degradation studies. The algorithms used by SMARTS were*

10  *developed to match the output from the MODTRAN complex band models within 2%."* Link: SMARTS:

11  Simple Model of the Atmospheric Radiative Transfer of Sunshine | Grid Modernization | NREL.,

12  Kelleher asserts that SMARTS2.9 and or G173-03 severely underestimate the amount of **Chappuis**

13  **band absorption** that occurs in the first 30 minutes or so before sunset and after sunrise when solar

14  zenith angles are above 85 degrees based on comparison with Lacis and Hansen, 1974 figure 6 and

15  raw output for SAGE solar occultation instrumentation (see **Exhibits E-1 and E-8**).

16  **6.3 Factual evidence that by the time former president Reagan had signed the**
17  **Montreal protocol in 1977 and funded the IPCC in 1988, the NASA SAGE II**
18  **Mission had already established that GS Max conditions were the primary source**
19  **of stratospheric ozone depletion in the Antarctic spring**

20  59  **Exhibits D-1 through D-13** include multiple lines of additional evidence beyond what is

1  provided below that GS Max conditions are the primary source of lower stratospheric ozone

2  depletion rather than ODS.

3      60       Of the utmost significance, the ozone-depleting effects of GS-Max conditions via EPP

4  was first documented as follows in the abstract of a paper authored by **Callis and Natarajan 1986**

5  (NASA Goddard Space Flight Center (GSFC) Langley Research Center SAGE II satellite mission

6  covering the SAGE-I (1979-81) and start of the SAGE II (1984-86) satellite missions from in a

7  paper titled "*The Antarctic ozone minimum: Relationship to odd nitrogen, odd chlorine, the final warming,*

8  *and the 11-year solar cycle.*" Link to the **Callis and Natarajan 1986** abstract: The antarctic ozone

9  minimum: Relationship to odd nitrogen, odd chlorine, the final warming, and the 11-year solar

10  cycle - Callis - 1986 - Journal of Geophysical Research: Atmospheres - Wiley Online Library.

11  Quoting most of the abstract (emphasis added): "*Photochemical calculations along trajectories in the*

12  *meridian planes have been used to search for the cause of this dramatic springtime ozone hole in the Antarctic*

13  *region. Results suggest the minimum is principally due to catalytic destruction of ozone by high levels of total*

14  *odd nitrogen* [NO2 and HNO3]. *Calculations further suggest that these levels of odd nitrogen are*

15  *transported within the polar vortex and during the polar night to the lower stratosphere from the mid-to-upper*

16  *stratosphere and lower mesosphere. These odd nitrogen levels are thought to be related to the 11-year solar cycle*

17  *and result from enhanced formation in the thermosphere and mesosphere during solar maximum conditions.*

18  *Analysis of satellite data (LIMS, SAGE, SME and SAGE II) establishes significantly elevated levels of*

1   *stratospheric total odd nitrogen (60 percent for the 1979-1984 time period). . . . Chlorine species at double*

2   *the present atmospheric levels are shown to have an insignificant effect if only homogeneous processes are*

3   *considered. If heterogeneous chlorine reactions are considered, the catalytic destruction of ozone by the odd*

4   *nitrogen is slightly inhibited between 20 and 30 km. Below 20 km the catalytic destruction of ozone due to an*

5   *odd hydrogen and odd chlorine cycle may be fostered by the heterogeneous reactions but this cycle contributes*

6   *only modestly to the calculated ozone column sum destruction."*

7   61   Kelleher found sufficient evidence in **Callis et al., 2001** that the SAGE team had

8   constructed and sufficiently validated with abundant high-quality SAGE 1/2 data a two-

9   dimensional computer model called SOLACE that sufficiently confirmed that stratospheric ozone

10   depletion was indeed the result of GS-Max-related EPP as tentatively concluded in 1986, but had

11   not yet identified the reservoirs of recycled HNO3 and NO2 trapped in the lower stratosphere at

12   points north and south of 30 deg latitude or the key reaction through which they were seasonally

13   transitioning. The model gave much too much credit to production of lower stratospheric NO2 by

14   nitrous oxide reactions with atomic oxygen (N2O). Link to the **Callis et al 2001** paper: Solar-

15   atmospheric coupling by electrons (SOLACE): 3. Comparisons of simulations and observations,

16   1979–1997, issues and implications - Callis - 2001 - Journal of Geophysical Research: Atmospheres

17   - Wiley Online Library

18   62   Kelleher found sufficient evidence in **Siskind 2001** that executive branch federal

1    employees involved in the DOE CMIP including the Naval Research Lab had colluded in

2    convincing NASA SAGE Mission staff to stop all work on the SOLACE modelling program in

3    deference to congressional endorsement of the tenets of the IPCC and Montreal Protocol. The

4    **Siskind 2001** paper unjustifiably refuted the SOLACE model by erroneously citing so-called

5    conflicting data on mesospheric nitric oxide (NO) distribution which distribution actually proves

6    that SOLACE was valid given the clockwork transitioning of NO to NO2 during polar mesospheric

7    descent.  Link to the Siskind paper: Comment on "Solar-atmospheric coupling by electrons

8    (SOLACE), 3, Comparisons of simulations and observations, 1979–1997, issues and implications"

9    by Linwood B. Callis et al. - Siskind - 2002 - Journal of Geophysical Research: Atmospheres -

10   Wiley Online Library

11   **6.4 Definitive factual evidence that between the early 1970s and year 1981, certain**
12   **NASA GISS employees working on radiative transfer models generated more than**
13   **adequate high quality empirical evidence to prove definitively that all global**
14   **warming trends that commenced or accelerated in the early 1970s were due to**
15   **lower stratospheric ozone depletion associated with GS Max conditions**

16   63      **Thekaekala 1975:** "*The total solar and spectral irradiance and its possible variations,*" reveals

17   that during the1960 and early 1970s, NASA GISS's celebrated atmospheric scientist Matthew

18   Thekaekara worked with ASTM engineers in publishing ASTM E490 in 1973 the solar constant at

19   air mass zero which put total incident shortwave radiation entering the top of the atmosphere

20   spanning 0.2 to 2.6 microns at 1,353 W/m2. This is a table of atmospheric absorption and

1    extinction coefficients that included ozone absorption coefficients for the Hartley and Huggins

2    absorption bands in the UV range and Chappuis absorption bands in the visible as published in the

3    first edition of the U.S. Air Force Geophysical Research Lab, "*Handbook of Chemistry and Physics,*"

4    1960. The **Chappuis band absorption cross-sections** and coefficients were developed in the lab by

5    AFGL staff Inn and Tanaka, 1953 and have been repeatedly validated. Link to Thekaekara:

6    https://ntrs.nasa.gov/api/citations/19750022915/downloads/19750022915.pdf

7    64    In Lacis and Hansen, 1974, fig 6 NASA GISS personnel used the same ASTM-certified

8    ozone absorption coefficients published in the above U.S. Navy GPRL Handbook to plot ozone

9    optical density vs the absorption of incident shortwave radiation within the stratosphere for

10   standard atmospheric conditions including a total column ozone level (TCO) of 340 Dobson Units

11   (0.34 cm) representative of the 1950s and 60s. There are two plots, one for absorption of UV

12   radiation and the other for visible that are linear except for the UV B range which is quickly

13   absorbed at low air mass values primarily high up in the stratosphere. At high air mass values

14   characteristic of the hour before and after sunset and sunrise or all day long in polar early spring,

15   the plots show five times as much visible absorption as UVA which by itself is showing the source

16   of amplified polar warming trends that commenced in the early 1970s as the ozone hole began to

17   open. The plots show that during early morning and late afternoon hours **Chappuis band**

1    **absorption** dominates the UVA. See Paragraph 14 of the introduction in connection with this claim

2    as well as **Exhibit E-1**. Link: 1974_Lacis_la05000n.pdf (nasa.gov)

3    65    Figure 1 from **Shimazaki and Helmle, 1979**: "*A simplified method for calculating the*

4    *atmospheric heating rate by absorption of shortwave radiation in the stratosphere and mesosphere*" is a lookup

5    chart that is arguably ASTM certified given that it is showing NASA-GISS calculated estimates of

6    stratospheric absorption by the ozone layer's ASTM-certified Hartley, Huggins and **Chappuis band**

7    **absorption** bandwidths using ASTM E490-73. The plot for 65 degrees in winter/early spring shows

8    that by the time the direct beam reaches the lower stratosphere at 20 km AMSL with the ozone

9    optical density at about 2, the total shortwave absorption is about 90 $Wm^2$ with about 15 $Wm^2$ for

10   the Hartley-band, about 20 $Wm^2$ for the Huggins band and about 55 $Wm^2$ for the Chappuis visible

11   range. By convention, the UV-A covers the 3150 to 3600 Angstrom-unit bandwidth rather than

12   3000 to 3600 meaning UVB is actually 20 $Wm^2$ and UVA is 15 $Wm^2$. Link:

13   https://ntrs.nasa.gov/api/citations/19790008322/downloads/19790008322.pdf

14   **6.5 Factual evidence that as of 1982-1995 during the period that the Reagan and**
15   **Clinton administration funded the IPCC and the U.S. entered the U.N.-**
16   **Convention Climate Agreement, the DOE Solar Energy Research Institute, which**
17   **became the National Renewable Energy Lab in 1991, had established definitively**
18   **that TCO depletion primarily impacting the lower stratosphere was causing**
19   **massive increases in visible irradiance reaching the Earth's surface with the sun**
20   **low in the sky which is characteristic of polar spring.**

21   66    **Exhibits E-1 through E-32** include for the Southern Hemisphere multiple lines of

1    additional evidence beyond what is provided below that lower stratospheric ozone depletion as of

2    the mid 1990s at a certain percentage relative to baseline as of the mid 1960s causes linear increases

3    in the amount of visible and UVA irradiance passing through the stratosphere and heading for the

4    Earth's surface relative to baseline.

5    67    **Exhibits L-1 through L-12** includes the same for the Northern Hemisphere

6    68    Figure 3.3 in **<u>Bird and Hulstrom, 1980</u>** (DOE Solar Energy Research Institute [SERI])

7    titled "*Direct Insolation Models*" plots TCO absorption of combined UV and visible irradiance as a

8    percentage of total solar irradiance of 1353 W/m2 vs increasing solar zenith angle for the following

9    existing radiative transfer models then in widespread use by the solar energy industry, each and

10    every one of which incorporated ozone's ASTM-certified Hartley, Huggins and **Chappuis band**

11    **absorption coefficients** published in the USAFGL Handbook mentioned above. (1) DOE SERI:

12    Bird 1980/SOLTRAN 1979; (2) NASA GISS Lacis and Hansen, 1974; and (3) NOAA GFDL

13    Hoyt 1978. By assuming a nominal baseline TCO of the early 1970s at 310 DU (0.31 cm) at

14    standard atmospheric conditions, all the models were showing that at a solar zenith angle of about

15    80 deg combined UV and visible absorption was about 6% of 1353 W/m2 which is about 81

16    W/m2. At a SZA of 80 deg, the sun is perched 10 deg above the horizon just before sunrise and

17    sunset, but also characteristic of many daylight hours early in polar spring. From LH 74, we know

18    that UVB entering the TOA is no more than about 20 w/m2 and that visible at an OOD of 2 is

1    about 5 times higher than UVA putting the UVA at about 10 W/m2 and the visible at about 50

2    W/m2. Link: https://www.osti.gov/servlets/purl/5626683

3    69    **Bird and Hulstrum 1981**, "*A simplified clear sky model for direct and diffuse insolation on*

4    *horizontal surfaces*" serves to further document the fact that by 1981, the evolving SPCTRAL2

5    radiative transfer model included a diffuse radiation algorithm derived from the SERI BRITE

6    Monte Carlo line by line radiative transfer code. Moreover, the following quote from the

7    introduction on page 1 proves definitively the widespread use of **Chappuis band absorption**

8    **coefficients** by the solar industry just before James Hansen, the co-author of LH74 took control of

9    NASA GISS and canceled the use of **Chappuis band absorption coefficients** in coupled GCMs:

10   "*Insolation models have proliferated to the point where it is difficult for a solar user to decide which model to*

11   *adopt*" Link: : https://www.osti.gov/servlets/purl/6510849

12   70    There is not the slightest question that as of 1982, NASA GISS staff based on its joint work with

13   ASTM, NOAA and the U.S. Air Force believed with full confidence and was telling the scientific

14   community that the stratospheric ozone layer was absorbing increasing amounts of visible and UVA

15   radiation as a function of OOD and that except with the sun high in the sky, UVB was a minor component

16   of the absorbed or transmitted solar flux. This is confirmed by figures 1 and 7-11 in the following paper:

17   **Mecherikunnel and Richmond, 1980**: "*Spectral distribution of solar radiation*." Link: 19810016493.pdf

18   (nasa.gov)

71     **Gueymard 1995** (a DOE NREL contractor), in a paper titled: "*SMARTS2 a simple model of the radiative transfer of sunshine: algorithms and performance assessment,*" documents work conducted by NREL under ASTM oversight in updating and replacing the SPCTRAL2 radiative transfer model coupled to the Wehrli 1985 reference spectrum for incident sunlight and ASTM E891/892. with what was to be today's SMARTS2.9.5 coupled to Gueymard 2004 and ASTM G-173-03. The following figures are of utmost importance. Link: FSEC-PF-270-95.pdf (SECURED) (ucf.edu) **(1) Fig 4.2** plots UV and visible transmittance spanning 0.25 to 0.76 microns for four different ozone optical densities: 0.2; 0.5, 1.0 and 2.5. Consistent with LH74 fig 6, it shows that: (a) by an OOD of 0.1, all the UV-B is absorbed; (b) that by an OOD of 2.5, 5 to 50% of the UVA spanning 0.315-0.35 is absorbed but that nothing additional is absorbed from 0.35-0.4 microns (c) at an OOD of 1 and 2.5, about 5% and 10% respectively of the visible in the Chappuis range is absorbed consistent with LH74 fig 6. **(2) Fig 8.6** is an exact match plot for air-mass 1.5 comparing the global irradiance reaching Earth as predicted by SMARTS2 versus the DOE BRITE line-by-line Monte Carlo code for US Standard Atmospheric conditions with both linked to the ASTM E891-82 spectral irradiance tables which include **Chappuis band absorption coefficients**. **(3) Fig 8.12(b)** is a near-exact-match plot of measured vs modeled UV and Visible irradiance reaching the ground surface at a point near the tip of the Antarctic Penisula during a cloudless spring day in Palmer Antarctica at 64.8 deg S and 64 deg W on Oct 10, 1991 with the TCO = 0.165 representing about 50% percent removal

1   relative to baseline 1960s assuming 0.33 cm and t solar zenith angle (SZA) at 71.2 deg. According

2   to SPCTRAL2, this solar zenith angle occurs at about 7:47 AM about 2 hours after sunrise

3   According to SPCTRAL2 the amount absorbed at baseline 1960s is 25.3 W/m2 and at ozone-

4   depleted 1991 is 13.5 W/m2 for an increase in transmittance of 11.8 W/m2.

5       72      According to the coupled GCMs endorsed by the EPA and the IPCC, the amount of

6   visible irradiance absorbed at Palmer Antarctica in both cases is zero W/m2 which very clearly

7   cannot be justified given ASTM certification of the SMARTS1 correlation with recorded Palmer

8   data and the BRITE model runs. This goes to the weight that must be given by the Court to ASTM

9   certification in a legal setting. There are rules on what evidence is admissible with respect to expert

10   scientific opinion offered by the progressive left dominated academia on which the EPA is relying

11   exclusively. The court cannot allow model output that has been repeatedly proven to be invalid and

12   is compelled to accept the proven accurate ASTM-certified standardized method of predicting the

13   incremental visible irradiance in this case reaching the tip of Antarctica and the Southern Ocean as

14   a result of lower stratospheric ozone depletion. Link:

15   https://www.law.cornell.edu/rules/fre/rule_702

16       **6.6 Factual evidence that commencing in the 1980s and 1990s federal executive**
17       **branch employees who considered themselves tasked with constructing models**
18       **and irradiance standards consistent with the tenets of the Montreal Protocol and**

1          **IPCC, acted as if they were exempt from the commerce protecting provisions of**
2          **OMB-Circular A-119 and PL-104-113 section 12(d) under which it was codified**

3       73   Despite superior knowledge via LH74 of the effects of stratospheric ozone depletion on visible

4   irradiance, the forsaking of spectral irradiance codes jointly developed at enormous public expense with the

5   assistance of ASTM by NASA GISS and DOE NREL came with the arrival of the notorious green activist

6   (Al Gore's science advisor) James Hansen as NASA GISS's chief scientist/program director in 1981. To

7   understand why Hansen acted the way he did, please conduct a web search on Hansen's radical

8   environmental activism and take a look at the contents and tone of the fear-mongering book Hansen

9   authored in his spare time and published in **Hansen 2009** titled "*Storms of my Grandchildren: the Truth about*

10   *the Coming Climate Catastrophe and our Last Chance to Save Humanity.*" The book highlights Hanson's ardent

11   desire to convince the public and scientific community and world leaders that the completely and utterly

12   invalid coupled general circulation models (GCMs) NASA GISS and NOAA GFDL had developed in the

13   1970s and updated in the 1980s proved out the GHGT. Hansen's replacement Gavin Schmidt  has also

14   published a book attempting to defend the output of coupled GCMs despite their obvious deficiencies.  The

15   record of NASA GISS's dominant/disastrous role in the development of the original IPCC GCM model

16   under Hansen's ultra-left leadership is found on the following **NASA GISS web page**: Link:

17   https://www.giss.nasa.gov/projects/gcm/

18       74   At about the time NASA GISS and NOAA GFDL staff became the United Nations

19   Environmental Program's (UNEP) lead experts in implementing the 1987 Montreal Protocol on ozone

20   depletion, they began knowingly/deliberately falsely informing the public and scientific community that the

1   stratospheric ozone layer absorbs only UV radiation stressing the tiny UVB fraction. This was in blatant

2   conflict with what NASA GISS was truthfully telling the public and scientific community from 1974-1981

3   based on mountains of empirical data and what ASTM is still telling the solar energy industry via the ASTM

4   certified SMARTS2.9.5 radiative transfer model linked to **G173-03** (2012).

5   **6.7 Factual Evidence that by 2004, it was evident from the results of CMIP 1 and**
6   **2 as well as the data from the SORCE and CERES satellite missions that was**
7   **being sent to all the climate modeling centers participating in the CMIP, that if**
8   **the GCM output was to be endorsed by the IPCC, the raw satellite datasets for**
9   **temperature, upwelling and downwelling solar flux and other parameters would**
10  **need to be fudged to eliminate the need to extensively fudge the predictions of the**
11  **coupled GCMs to match satellite data.**

12  75   **Exhibits F-1 and F-2** include quotations from key relevant documents

13  76   There is further ample evidence to unequivocally/definitively conclude from the following

14  reports that the entire CERES energy balanced and filtered (EBAF) dataset provided to CMIP3/5/6 and

15  climate modeling centers by NCAR for upwelling and downwelling shortwave and longwave flux was

16  heavily doctored/fudged to support the tenets of the IPCC and Ozone Secretariate. **(1) Loeb et al. 2009**

17  (CERES)  *"Toward optimal closure of Earth's top of atmosphere radiation budget."* Link:

18  https://journals.ametsoc.org/view/journals/clim/22/3/2008jcli2637.1.xml **(2) Kato et al., 2018**

19  **(CERES)**: *"Surface irradiance of edition 4 of Clouds and the Earth's Radiant Energy System (CERES)*

20  *Energy Balanced and Filled Data Product."* Link:

21  https://journals.ametsoc.org/view/journals/clim/31/11/jcli-d-17-0523.1.xml **(3) Wild 2020** (third party):

1    *"The global energy balance as represented in CMIP Climate models."* <u>Link: The global energy balance as</u>

2    <u>represented in CMIP6 climate models | Climate Dynamics (springer.com)</u>. Quoting from Wild, page xx

3    (emphasis added): *"The reference values for the magnitudes of the TOA components stem from the Energy*

4    *Balanced and Filled (EBAF) data set Edition 4.0 for the period 2001–2010 that resulted from the CERES*

5    *mission (Loeb et al. <u>2018</u>). In this mission, filtered radiances in the shortwave (between 0.3 and 5 μm), total*

6    *(0.3 and 200 μm), and window (8 and 12 μm) regions are measured on board of the NASA satellites Terra and*

7    *Aqua, with longwave radiances determined as differences between total and shortwave channel radiances. The*

8    *uncertainty of the outgoing longwave flux at the TOA as measured by CERES due to the uncertainty in*

9    *calibration is ~ 3.7 $W/m^2$ (2 σ), whereas the uncertainty in the shortwave reflected flux is ~ 2% (2 σ), or*

10    *equivalently 2 $W/m^{-2}$ (Loeb et al. <u>2009</u>).* <u>*The CERES EBAF data set is gap-filled and adjusts the shortwave*</u>

11    <u>*and longwave TOA fluxes within their range of uncertainty to be consistent with independent estimates of the*</u>

12    <u>*global heating rate based upon in situ ocean observations*</u> *(Loeb et al., <u>2018</u>)."*

13    77    This evidence by itself, easily disqualifies the coupled GCM output from use by the EPA in

14    regulating GHGs and ODS or being presented in a court setting.

15    **6.8 Factual evidence that by 2012, NASA senior-level scientists who were**
**apparently not aware of the NRC recommendations for carefully controlled**
**fudging of satellite datasets had become concerned that certain high level SORCE**
**Mission staff were colluding with certain high level U.S. Navy Research Center**
**staff in fudging the NASA SORCE satellite dataset for the high-resolution**
**measurements of solar irradiance entering the top of the atmosphere.**

1  78  **Exhibits G-1 and G-2** include quotations and illustrations from relevant key
2  documents.

3  79  Specifically, the concern was that key NASA SORCE mission staff were assuming that an

4  equipment degradation algorithm was needed to alter the ratio of visible to near infrared shortwave

5  irradiance measured in incident sunlight in favor of the latter. Consistent with Kelleher's whistle-

6  blowing complaints the suspect fudging had the effect of making the heat energy associated with

7  **Chappuis band absorption** of visible irradiance disappear into the thin air of the lower stratosphere.

8  The results of the investigations ultimately led to the establishment and funding of the first and

9  second NASA Solar Irradiance Science Teams (SISTs 1 and 2) in 2015 and 2018, respectively.

10  80  This evidence by itself, easily disqualifies the coupled GCM output from use by the EPA in

11  regulating GHGs and ODS or being presented in a court setting.

12  **6.9 Factual evidence that as of 2017, the SIST-1 had concluded that the
13  instrument algorithm that changed the ratio of visible to near infrared was
14  justified.**

15  81  **Exhibits G-3 through G-5** provides sufficient evidence to proves that certain employees of

16  the NASA SORCE mission and Naval Research Lab (NRL) that were founders of the NOAA

17  climate data record and members of the first NASA SIST team had indeed colluded in fudging the

18  entire SORCE dataset as well as the NRL reference spectra for incident sunlight recommended in

19  CMIP 5 and 6 reports

1    82    The fudging was done in a manner that made the heat energy associated with lower

2    stratospheric ozone absorption of visible irradiance disappear into the thin air of the lower

3    stratosphere.

4    83    This evidence by itself, easily disqualifies the coupled GCM output from use by the EPA in

5    regulating GHGs and ODS or being presented in a court setting.

6    **6.10 Factual evidence that between Dec 2019 and May 2022, SIST2 issued**
7    **six papers concluding that the coupled GCMs endorsed by CMIP5 and 6**
8    **and CMIP 3 by inference were severely mis-calibrated with respect to the**
9    **ratio of visible to near infrared in favor of the latter and deemed the model**
10   **runs invalid**

11   84    **Exhibits H-1 through H-12** provide multiple lines of validated empirical evidence that

12   proves definitively that all the runs made since the 1980s with the coupled GCMs endorsed by the

13   IPCC and EPA and DOE are invalid constituting proof of a well-coordinated ruse by power hungry

14   left wing academics inside and outside the federal government.

15   85    This evidence by itself, easily disqualifies the coupled GCM output from use by the EPA in

16   regulating GHGs and ODS or in a court setting.

17   **6.11 Factual evidence that under GS Max conditions the decomposition of N2O**
18   **to NOx is not a significant source of stratospheric ozone depletion except in the**
19   **tropics.**

20   86    **Exhibits I-1 through I-3** provide multiple lines of validated empirical evidence that

1   proves definitively that under GS Max conditions the decomposition of N2O to NOx is not a

2   significant source of stratospheric ozone depletion except in the tropics

3   87     Beyond the multiple lines of evidence there is no evidence that the presence of N2O in the

4   polar lower stratospheres of the baseline 1960s at approximately the same levels that existed in the 1970s

5   through 1990s had any effects on TOC levels in the polar lower stratosphere during winter, spring,

6   summer or fall.

7                          **6.12 Factual evidence that the GHGT does not hold water**

8   88     **Exhibits J-1 through J-8** provide multiple lines of evidence that expand on or go beyond

9   what is provided below.

10  89     As the EPA and IPCC dubiously interpret the first law of thermodynamics in the

11  complete absence of engineering oversight, life on Earth could not exist without a GHG feedback

12  effect emanating from the lower stratosphere and upper troposphere because all objects that receive

13  heat energy that increases their internal temperature above absolute zero which minus 273 deg

14  C/minus 460 deg F, will radiate sufficient heat energy to return to absolute zero, meaning the

15  amount of radiant energy entering the top of the atmosphere must be offset by the amount leaving.

16  Following that logic, because 30% of the incoming solar radiation on average is reflected out the

1    top of the atmosphere without entering the Earth or Ocean, the average temperature at the Earth's

2    surface would be minus 18 deg C rather than plus 16 as measured.

3    90     As Kelleher interprets the first law of thermodynamics from the perspective of an

4    environmental engineer that was educated and taught on the subject in the late 1970s (pre-GHGT),

5    life on Earth exists due to the force of gravity and the high heat capacity of sea-water, surface water

6    and groundwater and the dense air above it which along with land masses are collectively aptly

7    referred to as the biosphere. According to Kelleher's interpretation, because the dense air above the

8    Earth's water bodies and shallow groundwater (collectively the Ocean) has the properties of a

9    gaseous fluid, most of the downwelling radiant energy reaching the Earth's surface that is not

10    reflected off the surface and out the TOA is transformed completely into thermal energy and

11    potential energy and stored for all intents and purposes indefinitely within the vast Ocean.  Thermal

12    energy in the Ocean and fresh water  with their heat capacities of 3.9 and 4.2 kj/kg per deg C at

13    STP is associated with rotating and/or vibrating and/or colliding water molecules and colloids.

14    Thermal energy within the atmospheric convective zone including the Ocean's thermal skin is

15    created from incident radiant energy by the collisions of tightly packed molecules of vibrating

16    nitrogen (N2) and oxygen (O2) comprising about 97% of the Earth's atmosphere. The heat capacity

17    of dense air above the Ocean at approximately 1 kj/kg per deg C reflects the heat capacity of N2

18    and O2 which are about the same 1kj/kg deg C.  This interpretation takes into consideration that

1   the energy balance between the Earth system and free atmosphere at absolute zero will not be

2   achieved until the end of the universe. According to Kelleher, within the biosphere, heat transfer is

3   almost entirely due to convection of thermal energy to the point that upwelling and downwelling

4   thermal longwave radiation can/should be completely ignored. Due to radiant heat transfer that

5   occurs under the first law of thermodynamics, the average temperature at the interface of the top of

6   the convective layer/biosphere and the free atmosphere is predicted/measured at minus 18 deg C

7   and lies on average at about 7.5 km above mean sea level (AMSL). Nonetheless, as a practical

8   matter to avoid the need to consider the circulation of thermal infrared radiation in the primarily

9   convective upper troposphere, it is aptly considered to lie at the tropopause. It takes most of the

10  shortwave radiant energy entering the Ocean and dense air above it to maintain an average surface

11  temperature of plus 16 deg in the same way energy is expended in maintain a comfortable

12  temperature within occupied dwellings and motor vehicles. Thus, without violating the first law of

13  thermodynamics the biosphere gains enthalpy via rising Ocean heat content and surface

14  temperature during GS Max conditions and loses enthalpy under GS Min conditions. Nevertheless,

15  as long at the biosphere is warm enough to support life, there is always more radiant energy

16  entering than leaving the TOA because of the energy required to maintain the temperature of the

17  biosphere above absolute zero. Most of the longwave radiation exiting the TOA is emanating from

18  so called greenhouse gases present in the stratosphere and mesosphere with a minor component in

1    the so-called spectral windows spanning 4.5 to 5.5 microns centered at 5 microns and 8 to 12-13

2    microns centered at 10 microns that is aptly considered to be emanating from the top of the

3    biosphere or tropopause rather than the Earth's surface in the interests of expediency.

4        91     Under Henry's Law $CO_2$ out-gases from the Ocean surface whenever the near-surface

5    temperature increases regardless of atmospheric $CO_2$ levels. Under Fick's Law, atmospheric $CO_2$

6    cannot enter the Ocean when $CO_2$ is out-gassing. This correlation between rising near surface

7    temperature rising and CO---which also extends to the aa index and total column ozone (TCO)—

8    can be made by plotting in linear fashion on engineering graph paper global annual average

9    empirical data for sea-surface temperature vs $CO_2$ gathered for the following six intervals

10   commencing with the end of the Little Ice Age circa 1860: **(1)** 1860-1909 (no change); **(2)** 1910-

11   1939 slight rise in temp); **(3)** 1940-45 (start GS Max phase I); **(4)** 1946-1971 (pause/no change); **(5)**

12   1972-1989 (start GS-Max phase II); and **(6)** 1990-2022 (full-blown GS-Max with feedback from sea-

13   ice loss in polar zones) and then extending the straight line for 1990-2022 in forecasting temperature

14   and $CO_2$ increases in future decades. Note that $CO_2$ increases from a baseline of about 285 ppmv

15   begin rising immediately after the epic Carrington Solar Proton event of Sep 1959 and accelerated

16   in the early 1970s with the onset of the second phase of GS-Max conditions. Link to the NOAA

17   webpage showing global average sea-surface temperature and $CO_2$ for 1850-2022.

18   GlobalTemp_vs_carbon_dioxide_1850-2022.png | NOAA Climate.gov

1    92    The dense moist air extending above the Ocean surface absorbs and conveys randomly

2    distributed thermal energy without any help whatsoever from GHGs because it is jam packed with

3    vibrating/colliding air molecules (primarily N2, O2 and H2O) explaining why most of the longwave

4    radiation exiting the top of the atmosphere comes from water vapor molecules in the upper

5    troposphere where the air is thin and dry rather than the Earth's surface where the air is dense and

6    moist. Moreover, because CO2 has a significantly (20%) lower specific heat capacity than dense air,

7    a 100 ppmv rise in atmospheric CO2 resulting from any source has no possible positive effect on the

8    specific heat/temperature of near-surface air or the adiabatic lapse rate and therefore based on

9    thermodynamic principals has nothing to do with the temperature of the Ocean or the

10   troposphere/biosphere. Link for academic website explaining heat content of dense moist air:

11   Molecular Dynamics Cinema (psu.edu) Link showing the specific heat capacity of atmospheric gases

12   including air at 1.0 kJ/kg per deg C and CO2 20% lower at 0.8 and water vapor 90% higher at 1.9.

13   Link for engineering toolbox table: Gases - Specific Heats and Individual Gas Constants

14   (engineeringtoolbox.com)

15   93    Under Henry's Law changes in the partial pressure of atmospheric or aqueous phase

16   CO2 have no effect on sea-surface temperature because dissolved CO2 levels are assumed to be at

17   or near saturation at and near the sea surface meaning that at constant pressure and salinity, the

18   near surface temperature of the seawater is in complete control of the partial pressures in both

1    phases. Plaintiff points to the contents of the NASA musings at the following link in documenting

2    the failure of climate scientists to understand why atmospheric CO2 levels continuously rise like

3    clockwork when the Ocean surface is continuously heating up due to widespread stratospheric

4    ozone depletion. https://earthobservatory.nasa.gov/features/OceanCarbon

5    **6.13 Factual evidence that ODS are not the principal source of stratospheric ozone**
6    **depletion since the early 1970s**

7    94      Exhibits **K-1 through K-7** provide multiple lines validated empirical evidence that

8    proves definitively that the effects of ozone-depleting substances (ODS) on the lower stratosphere

9    are largely restricted to the darkness of polar winters and can only occur in the presence of GS-

10   Max-related polar stratospheric clouds that form at frigid cold temperatures in the darkness of high

11   polar winter, primarily along either side of the outer perimeter of the polar vortexes.

12   **6.14    Factual evidence that the American National Standards Institute and**
13   **International Standards Organization have adopted voluntary consensus**
14   **standards for measuring the energy efficiency of solar hot water heaters that**
15   **ignore hypothetical downwelling longwave radiation**

16   95      -The Department of Energy works with the American National Standards Institute

17   (ANSI) and the International Standards organization (ISO) to develop voluntary consensus

18   standards (VCS)  to measure the efficiency of all categories of solar energy collectors. The standards

19   include the following most-current updates and leave no question that all categories of solar-energy-

20   conversion systems including passive solar water heaters rely entirely on incident shortwave

1  radiation and receive no incremental thermal energy from hypothetical downwelling longwave

2  radiation from GHGs: (1) ANSI 2015 ICC 901/SRCC 100 2015 Solar Thermal Collector

3  Standard; (2) ISO 9806: 2017 which certifies various types of radiometers. The routine testing and

4  related engineering calculations that is done/performed to test the efficiency of solar collectors

5  pursuant to DOE guidelines and VCS definitively disproves the GHGT.

6      96      **Exhibit J-7** shows the energy input and output for a typical roof-mounted collector

7      **6.15 – Factual evidence that the EPA is applying a brazen double standard in**
8      **assessing the environmental impacts of stratospheric ozone depletion for solar**
9      **energy development vs fossil fuel use despite being fully aware of the legal**
10     **mandate to use existing DOE VCS for both**

11     97      The solar energy industry gets to use proven accurate ASTM-certified **Chappuis band**

12  **absorption coefficients** showing the effects of documented stratospheric ozone depletion while the

13  fossil fuel industry, auto industry and the public at large must use proven grossly invalid

14  government unique climate models and spectral irradiance standards.

15     98      The solar energy industry gets to use ANSI and ISO standard for calculating the thermal

16  efficiency for heating fresh water and the fossil fuel industry, auto industry and the public at large

17  must use proven grossly invalid government unique climate models and spectral irradiance

18  standards.

1    99    **Quoting from the following ASTM webpages to demonstrate EPA's selective use of**

2    **VCS**. Link: https://www.astm.org/get-involved/technical-committees/committee-d34 "*ASTM*

3    *Committee D34 on Waste Management was formed in 1980. D34 meets twice a year, usually in March and*

4    *October, with about 20 members attending over three days of technical meetings. The Committee maintains an*

5    *intense liaison with the EPA as a result of a cooperative agreement between the Agency and the Committee for*

6    *the development of waste management standards. D34, with a membership of approximately 270 industry*

7    *professionals and experts, currently has jurisdiction over 125 standards, published in the Annual Book of*

8    *ASTM Standards, Volume 11.04.*"

9    **6.16 – Factual evidence that the EPA Administrator is acting in greedy, power-**
10   **grabbing Marxist fashion in the aftermath of the catastrophic SIST-2 findings**

11   100    In view of the transparent political motives behind the double standards and also considering the

12   Biden Open Border policy and allegations of election interference associated with the double standard, the

13   EPA's regulation of GHGs and ODS is aptly considered the cornerstone of a textbook propaganda fueled

14   Marxist attack on Capitalism.  Quoting Administrator Regan at the very time  NASA SIST(2) was

15   declaring all the coupled GCM runs relied on by the IPCC, EPA and DOE invalid (emphasis

16   added). Link: EPA Administrator Regan Announces New Initiatives to Support Environmental Justice and

17   Climate Action | US EPA "*The climate crisis is an urgent threat* [progressive left ruse] *and*

18   *President Biden has set forth an ambitious commitment* [Biden is committing the EPA to

19   assume textbook Marxist control of the energy and auto industries] *to confront it. EPA will*

1    _be at the center of delivering on this_ [progressive left] _agenda, and in doing so, we are_

2    _lifting up overburdened communities_ [transferring wealth and power in recklessly enforcing

3    unneeded EPA GHG regulations] _while creating new jobs and building a 21st Century_

4    _clean economy_' [Marxist utopia]," _said EPA Administrator Michael S. Regan._

5

6                                    **7.0 CLAIMS FOR RELIEF**

7    101  Kelleher repeats and incorporates paragraphs 43 through 100 as if fully stated herein and

8         reiterates the following.

9    102  The Clean Air Act permits any person to bring suit to compel the Administrator to

10        perform his non-discretionary duties and recover the reasonable costs if successful in so

11        doing. See 42 U.S.C. § 7604(a).

12   103  It has been more than 60 days since the Administrator received Kelleher's notice of

13        intent to file this suit under 42 U.S.C. § 7604(a).

14                                     First Claim for Relief

15   104  Because the EPA is mandated to comply with Public Law 104-113 § 12(d) in the absence

16        of an annual petition to the DOC OMB and the written annual approval of the same, the

17        EPA Administer must apply the following voluntary consensus standards developed for

1    the Department of Energy and private sector solar engineers in attempting to validate the

2    greenhouse gas theory (GHGT) which holds that global warming is caused primarily by

3    rising levels of natural decay products including carbon dioxide, methane and nitrous

4    oxides and associated increases in downwelling longwave radiation entering and heating

5    the oceans: **(1)** ANSI 2015 ICC 901/SRCC 100 2015 Solar Thermal Collector Standard;

6    **(2)** ISO 9806: 2017 which certifies various types of radiometers and calibration

7    procedures. These standards establish a strict protocol that engineers must use for

8    testing/advertising the efficiency rating of hot water heaters that receive all or part of

9    their thermal energy from roof-or-surface-mounted flat-plate solar panels pointed at the

10   sun. Due to the second law of thermodynamic, the efficiency is calculated as if

11   downwelling longwave radiation does not exist. The EPA and DOE are aware that four

12   decades of efficiency testing for flat-plate solar water heaters as summarized in

13   equipment specs and brochures and NREL publications confirms that there is no such

14   thing as downwelling longwave radiation reaching, entering and heating the ocean or flat

15   plate solar collectors. The EPA damaged Kelleher by failing to use these voluntary

16   consensus standards to confirm the validity of the second law of thermodynamics and

17   dismiss the crackpot GHGT out of hand in applying good engineering judgement and

18   sound engineering practice.

1           Second Claim for Relief

2    105   Because air-pollution control is a discipline of civil/environmental engineering and

3          because the EPA Administrator and his Clean Air Act staff are required under 42 U.S.C.

4          § 7545 § 112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct an ethical and competent

5          civil/environmental engineering analysis of relevant empirical data and failed to do so

6          after being ordered by the Supreme Court in April 2007 to determine if rising

7          atmospheric carbon dioxide ($CO_2$) and other alleged greenhouse gases were endangering

8          public health by causing global warming, Kelleher as a highly experienced environmental

9          engineer with extensive neutral fact-finding experience with CA state and federal district

10         courts was justified in conducing such an analysis and forwarding the results to the EPA

11         in the form of a petition to deregulate greenhouse gases and revise the regulations for

12         ozone-depleting substances. Further supporting this claim, in regulating greenhouse

13         gases and ozone-depleting substances without looking at the truly relevant empirical

14         data, the EPA Administrator and his Clean Air Act staff blew off guidance that alludes

15         to the need for third party validation of numeric models set forth in Table 2 of EPA

16         QA/G4 (QA00) "Guidance of the Data Quality Objective Process."

17           Third Claim for Relief

106 Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 § 112(b)(3)(B)
(C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental engineering analysis
of relevant empirical data, and because all federal agencies and federal employees are
required to use relevant and applicable voluntary consensus standards under PL 104-113
§ 12(d), Kelleher was compelled to provide the EPA Administrator with the results of
runs he made (among other such runs) using ASTM-certified engineering standards for
incident spectral irradiance at zero air mass (**Gueymard 2004**) and absorbed/reflected
spectral irradiance at air mass 1.5 (ASTM G173) coupled to the ASTM-certified
SMARTS2.9.5 radiative transfer model developed for use by the U.S. Department of
Energy and the solar energy industry. The results show that the levels of stratospheric
ozone depletion that the NASA Goddard Space Flight Center Ozone Watch website
validates and documents for Halley Bay, Antarctica (Exh 19) in spring (September 30)
caused a mean hourly increase of 22 watts per square meter per second (Exh 20) in the
amount visible radiation centered in the yellow/orange spectral region (**Chappuis
absorption band**) passing through the stratosphere comparing the baseline 1957-66 mean
ozone column density of 0.32 cm to ozone-depleted conditions in 1994 with a mean level
of 0.13 cm. Based on engineering principals and law, the EPA must attempt to confirm
or deny the evidence by making its own runs and must stop pretending that **Chappuis**

1       **band absorption** does not exist and stop concocting evidence of an unproved greenhouse

2       gas feedback effect that violates laws for thermodynamics.

3                                               Fourth Claim for Relief

4       107   Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 § 112(b)(3)(B)

5             (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental engineering analysis

6             of relevant empirical data and failed to do so, Kelleher was justified in making the EPA

7             aware of the findings issued from 1986 to 2001 by the NASA Goddard Space Flight

8             Center's Langley Research Center SAGE mission personnel that were clearly showing

9             that stratospheric ozone depletion from 1979-1997 within the latitude bands 30-90

10            degrees in both hemispheres was predominantly the result of solar-storm-induced

11            energetic particle precipitation (plasma) entering and ionizing the nitrogen gas in the

12            Earth's lower thermosphere and upper mesosphere via the polar auroral rims and related

13            nitric oxide (NO) and nitrogen dioxide (NO2) descent from the mesosphere to the lower

14            stratosphere during polar winters that occurred both inside and outside the polar

15            vortexes. In so doing, Kelleher was justified in gathering and summarizing the evidence

16            and providing it to the EPA, that in the process of documenting the massive increases in

17            NO2 descent and associated stratospheric ozone depletion with the solar occultation

18            technique during the period 1979-1997, SAGE personnel were also unquestionably

1       documenting massive increases in the amount of visible radiation centered in the

2       yellow/orange spectral region (**Chappuis absorption band**) passing through the

3       stratosphere between 30-90 degrees latitude in both hemispheres and were not telling

4       anyone for the transparent purpose of supporting the false tenets of the IPCC and Ozone

5       Secretariat. The satellite-born SAGE instrumentation makes direct measurements of

6       visible radiation centered in the yellow/orange spectral region and converts the

7       measurements to ozone column density and/or mixing ratios based on **Chappuis band**

8       **absorption coefficients** and measured slant paths.

9                       Fifth Claim for Relief

10   108  Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 § 112(b)(3)(B)

11       (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental engineering analysis

12       of relevant empirical data and failed to do so, Kelleher was also justified in amassing and

13       forwarding to the EPA the rest of the evidence cited in this complaint and his petition.

14       This includes but is not restricted to multiple lines of supporting evidence of the onset of

15       a natural cycle of grand-solar-maximum (GS-Max) atmospheric conditions in 1937 with

16       a pause in the late 1950s through mid-1960s and a massive acceleration in 1972. This

17       includes but is not limited to the following: **(1)** amassing and forwarding evidence

18       showing the statistical relationships between the Ap and aa indexes and surface

1    temperature and atmospheric CO2 levels dating back to the end of the Little Ice Age in

2    1859 and then showing how this explains the well-documented global warming trends

3    commencing or accelerating in 1937 and 1972; **(2)** creating time series plots of the Ap

4    and Kp indexes including daily, monthly and annual averages using the NASA Omni-

5    online-image-making tool to demonstrate the high degree of correlation with the peaks

6    and valley in certain trend charts showing global warming trends **(3)** amassing and

7    forwarding evidence of the global distribution and seasonal transitioning of nitrogen

8    dioxide (NO2) and nitric acid (HNO3) and hydroxyl radicals (HOx) in the lower

9    stratosphere between 30-90 degrees latitude as well as identifying the associated

10   temperature-dependent redox reaction that is at work; **(4)** explaining to the EPA how the

11   above evidence is showing that in the absence of GS-Max conditions and associated

12   continuous NO2 descent in polar winters, stratospheric HNO3 can only be present

13   intermittently outside of low levels in the greater tropics; **(5)** amassing and forwarding

14   evidence of the presence of gargantuan plumes of solar-heated sea-water emanating from

15   the shores of Antarctica (meaning the Ozone Hole) extending deep into the southern

16   oceans (Atlantic, Pacific and Indian); **(6)** amassing and forwarding the evidence that

17   increases in shortwave radiation centered in the yellow/orange spectral region

18   **(Chappuis absorption band)** commencing in 1972 is the radiation that has been causing

| | |
|---|---|
| 1 | Arctic and Antarctic ice shelves, glaciers, sea ice and permafrost to melt at increasingly |
| 2 | faster rates internally or in bottom-up fashion rather than alleged increases in longwave |
| 3 | radiation stemming from a $CO_2$ feedback effect; **(7)** amassing and forwarding the |
| 4 | evidence that under GS-Max conditions, nitrous oxide ($N_2O$) that migrates from the |
| 5 | ground and ocean surface into the lower to mid- stratosphere where a small fraction is |
| 6 | converted to ozone-depleting NOx is only important in the greater tropics (30N-30S); **(8)** |
| 7 | amassing and forwarding the evidence that ozone-depleting substances are contributing |
| 8 | very little to the lower stratospheric ozone depletion that is causing the warming trends |
| 9 | and that all reactive chlorine monoxide has converted to unreactive hydrogen chloride or |
| 10 | chlorine nitrate with the onset of near-continuous sunlight in early Antarctic spring in |
| 11 | late September; **(9)** explaining to the EPA why environmental engineers reject the |
| 12 | greenhouse gas theory out of hand due its demonstrably false premises and wanton |
| 13 | violation of the first and second laws of thermodynamics; **(10)** explaining to the EPA |
| 14 | that because $CO_2$ is not a perfect/ideal gas, under GS-Max conditions (global warming) |
| 15 | Henry's Law coupled with Fick's Law is solely responsible for the close correlation of |
| 16 | atmospheric $CO_2$ and near-surface air and ocean temperatures and predicts rising partial |
| 17 | pressures in both atmospheric-$CO_2$ and the near-surface aqueous-phase gaseous $CO_2$ |
| 18 | coupled with slight <u>decreases</u> in aqueous dissolved-phase $CO_2$ including carbonic acid |

1      and carbonates and that it is this slight decrease in the carbonate system that causes a

2      slight decline in near-surface Ocean pH rather than rising atmospheric CO2 driving CO2

3      into solution which is impossible under Henry's Law and Fick's Law.

4                         Sixth Claim for Relief

5    109 Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 § 112(b)(3)(B)

6      (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental engineering analysis

7      of relevant empirical data and failed to do so, Kelleher was justified in using his neutral

8      fact finding skills as a senior environmental engineer in taking a hard critical look at the

9      calibration of the coupled general circulation climate models (GCMs) endorsed by the

10     IPCC through its Coupled Model Intercomparison Program (CMIP). After confirming

11     the GCMs lack **Chappuis band absorption coefficients** and were concocting fake

12     evidence of a non-existent greenhouse gas feedback effect coming out of the ozone-

13     depleted lower stratosphere, Kelleher was justified in filing associated whistle-blowing

14     complaints with the inspector generals for EPA, NASA, NOAA, DOE, DOD, NSF, and

15     Smithsonian alleging collusion, sabotage and fraud by those creating and calibrating or

16     using the GCMs along with wanton violations of PL 104-113 § 12(d). Strongly

17     supporting this claim, the NASA Goddard Space Flight Center's second Solar Irradiance

18     Science Team (SIST-2) published six papers between December 2019 and May 2022 that

1    concluded that all the coupled GCMs that have been endorsed by the IPCC since 1990

2    were using various government-unique, ad-hoc reference spectra for incident sunlight

3    that were fudged to transfer the energy associated with the absorption of visible radiation

4    by stratospheric ozone to near-infrared absorption by tropospheric water vapor to allow

5    for the omission of **Chappuis band absorption coefficients**. Kelleher was justified in

6    amassing and forwarding this evidence to the EPA and inspector generals and alerting

7    them that the SIST findings show such a massive extent of calibration error that all

8    coupled GCM modeling runs cited in IPCC reports dating back to its inception in 1988

9    as well as all SORCE satellite mission data since May 2003 must be deemed invalid

10   based on the garbage-in-garbage out engineering principal that applies to any and all

11   numeric computer models.

12                                    Seventh Claim for Relief

13   110  Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 § 112(b)(3)(B)

14        (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental engineering analysis

15        of relevant empirical data, in emphasizing the importance of compliance with PL 104-

16        113 § 12(d), Kelleher was justified in providing the EPA with NREL publications

17        summarizing the results of the most recent NREL high quality work with ASTM and

18        ISO technical committees in updating and recertifying the SMARTS2.9.5 radiative

1    transfer model with a new and improved reference spectrum for incident sunlight called

2    **Gueymard 2018**. Significantly, this paper reveals that ASTM standard E490-00

3    developed on behalf of NASA as part of a SOLAR2000 program was determined by the

4    ASTM G03-09 radiometry subcommittee to be corruptly calibrated when ASTM

5    attempted to certify it for NREL use as **Gueymard 2002** and that **Gueymard 2002**/E490-

6    00 had to be replaced with **Gueymard 2004** which the paper shows is essentially the

7    same as **Wehrli/WMO 1985**. The paper shows that **Wehrli/WMO 1985** and

8    **Gueymard 2004** did not differ significantly from **Gueymard 2018** in the visible and near

9    infrared regions which have most relevance to solar energy production and climate

10   change, thereby confirming that there is little solar variation in these regions between the

11   active and quiet sun.

12                                **Eighth Claim for Relief**

13   111 The Administrator's violations of the Clean Air Act are ongoing and will continue to

14       create skyrocketing damages to international commerce unless remediated by the Court.

15                                **9.0 PRAYER FOR RELIEF**

16       WHEREFORE, Kelleher respectfully asks the Court to enter an order against the

17       Administrator providing the following relief:

1   A.      Declaring that the Administrator has violated the Clean Air Act Title 42 U.S.C. §

2   7545 § 112(b)(3)(B) by failing to provide this Court with any bona fide empirical evidence

3   of a greenhouse gas feedback effect involving downwelling longwave radiation entering

4   and causing the heat content of the Ocean to rise commencing in the early 1970s.

5   B.      Declaring that the Administrator has violated the Clean Air Act Title 42 U.S.C. §

6   7545 § 112(b)(3)(B) under the same provisions referenced in paragraph A by turning blind

7   eyes to mountains of validated empirical evidence presented by Kelleher proving

8   definitively that lower stratospheric ozone depletion that commenced in 1972 caused

9   linear increases in shortwave radiation entering the Ocean in ozone's **Chappuis**

10  **absorption** band.

11  C.      Declaring that the Administrator has violated the Clean Air Act Title 42 U.S.C. §

12  7545 § 112(b)(3)(B) by applying a double standard in evaluating the risks/benefits of solar

13  energy resources to heat water vs the combustion of fossil fuels to heat water as follows.

14  **(1)** For the solar energy industry, the Administrator endorses extensively and repeatedly

15  validated voluntary consensus methods and standards that provide unequivocal proof

16  that **(a)** shortwave irradiance in the visible spectral region most effectively and efficiently

17  heats the water in the solar collectors; **(b)** that lower stratospheric ozone depletion which

1    according to NASA is in the order of about 5-10% across much of the continental U.S.

2    creates 5-10% incremental visible irradiance thereby improving the efficiency of the solar

3    collectors; and **(c)** there is either no downwelling longwave radiation entering the solar

4    collectors or whatever there is has no heating value. **(2)** For the fossil fuel and

5    transportation industries, the EPA in cahoots with the IPCC and other federal agencies

6    including the DOE relies on government-unique methods and standards developed by

7    federally-employed atmospheric scientists with a transparent political agenda who

8    vigorously claim that there has to be a greenhouse gas feedback effect involving 340

9    W/m2 (Exh E-5) of downwelling longwave radiation entering and warming the Ocean

10   because there is no other viable explanation.

11   D.      Declaring that the Administrator has violated the Clean Air Act under the same

12   provisions referenced in paragraph A by canceling ASTM-certified **Chappuis band**

13   **absorption** coefficients to subvert evidence of the climatic effects of lower stratospheric

14   ozone depletion that occurs where the ozone layer is thickest and absorbs very high levels

15   of **Chappuis band irradiance** with the sun low in the sky which is characteristic of polar

16   zones exhibiting highly amplified warming trends.

1        E.      Declaring that the Administrator has violated the Clean Air Act under the same

2      provisions referenced in paragraph A by wantonly violating Public Law-104-113 § 12(d)

3      which was promulgated by congress in 1996 in codifying OMB Circular A-119 (1982)

4      for, in large part, the express purpose of safeguarding domestic and international

5      commerce from poor decision-making by executive branch federal employees by

6      mandating the use of relevant and applicable voluntary consensus standards which in this

7      case is the following. **(1)** ANSI 2015 ICC 901/SRCC 100 2015 Solar Thermal Collector

8      Standard; **(2)** ISO 9806: 2017 which certifies various types of radiometers and calibration

9      procedures.  **(3)** the ASTM-certified SMARTS2.9.5 radiative-transfer model coupled to

10      the **(4)** ASTM-certified Spectral Irradiance Standard G173-03 and **(5)** Gueymard 2018

11      reference spectrum for incident sunlight last recertified in 2020 and first published on

12      behalf of the DOE Solar Energy Research Institute in 1982 as ASTM-E891-82 coupled to

13      the SPCTRAL2 radiative transfer model and the Wehrli/WMO 1985 reference

14      spectrum. The first two standards refute the EPAs claims of the existence of downwelling

15      longwave radiation entering and heating the oceans. The three current ASTM standards

16      are directly applicable to accurately predicting the effects of well-documented levels of

17      stratospheric ozone depletion measured globally since 1970. In particular, they can

18      accurately predict the amount of visible radiation passing through the stratosphere

1   enroute to or reaching the Earth's surface at any geographic location as a function of total

2   column ozone.

3   F.      Declaring that the Administrator violated the Clean Air Act under the same

4   provisions referenced in <u>paragraph A</u> by failing to heed recent repeated warnings from

5   Kelleher citing research papers issued by NASA Goddard Space Flight Center (GSFC)

6   satellite program personnel and key GSFC contractors including LASP, the NASA Solar

7   Irradiance Science Team (SIST) and University of Michigan Department of Climate and

8   Space Science and Engineering that the non-ASTM-certified reference spectra for top-of-

9   atmosphere incoming Spectral Irradiance used in the non-ASTM-certified coupled

10  GCMs endorsed by the IPCC dating back to its inception in 1988 was recently

11  discovered to be so far off that when the most-current "flagship" coupled GCM (IPCC

12  CMIP6 default) was updated with accurately measured top-of-atmosphere spectral-

13  irradiance values that mimic those provided in ASTM-certified <u>Gueymard 2018</u>, they are

14  showing the Earth entering an ice age commencing in the early 1980s versus the

15  amplified polar warming that has been observed.

16  G.      Declaring that the Administrator has violated the Clean Air Act under the same

17  provisions referenced in <u>paragraph A</u>, as just one example of many such violations, by

18  turning blind eyes to massive, critically important, high-quality empirical evidence

1    produced from multiple satellite-and-ground-based measurements showing that NO2

2    descent during polar winters from the upper mesosphere to the base of the stratosphere

3    under accelerated GS-Max conditions commencing in 1972 and extending to date caused

4    the multiple global warming trends described in paragraph 82 via a simple gas-phase

5    pressure-and-temperature-dependent stoichiometric reaction that occurs in the heart of

6    the stratosphere and involves ozone, water vapor NOx, HOx and HNO3.

7    H.    Declaring that the Administrator has violated the Clean Air Act under the same

8    provisions referenced in paragraph A, as just one example of many such violations, by

9    turning blind eyes to massive empirical evidence coming from polar-orbiting satellites

10   that clearly shows that ozone-depleting substances play a very minor role in stratospheric

11   ozone depletion given the well-documented very limited seasonal distribution of polar

12   stratospheric clouds and chlorine monoxide.

13   I.    Compelling the EPA Administrator to immediately notify the public under the

14   same provisions referenced in paragraph A that the EPA erred in the regulation of

15   greenhouse gases as the source of recent global warming and that the EPA is immediately

16   initiating formal rule-making to deregulate greenhouse gases and revise the regulations

17   for ozone-depleting substances to reflect the fact that they are making just a minor

1    contribution to global- warming trends since 1972 which are largely the result of a natural

2    solar cycle of EPP-related stratospheric ozone depletion.

3    J.    Compelling the Administrator to retain Kelleher on a contractual basis for at least

4    one year at $500,000 per year to oversee the clean air act program compliance with OMB

5    Circular A-119, coordinate the cleansing of Democratic Socialist Party propaganda from

6    EPA webpages, and oversee preparation of excel spreadsheets that use NASA SAGE

7    databases and other validated datasets to back calculate increases in **Chappuis band** and

8    UVA irradiance by latitude band.

9    K.    Retaining jurisdiction over this matter until the Administrator complies with his

10   mandatory and non-discretionary duty under the Clean Air Act.

11   L.    Awarding costs and reasonable attorney fees to the extent permitted by law.

12   M.    Granting such other relief as the Court may deem just and proper taking into

13   consideration the great benefit that is resulting from Kelleher's timely environmental-

14   engineering service to his country in a time of extraordinary danger from a coordinated

15   and concerted internal attack by certain executive branch employees on the U.S. free-

16   enterprise system and in particular the oil and gas and transportation industries.

Respectfully submitted

*[signature]*

Brian T. Kelleher              Date: September 16, 2023

1      4618 Thorntree Ct. Stockton, CA 95210

2      bkellehr@ix.netcom.com

3      Cell: (408)-712-1214

4

5          In the following exhibits Kelleher is providing just a sample of the factual evidence covered

6      in paragraphs 43 through 100. Addition evidence that Kelleher has on hand  will be presented as

7      needed during mediation or discovery or upon the request of the Court. The figures and citations

8      are identified with associated websites and/or with respect to the cited research papers.

9      **Exhibit A:** Copy of diploma confirming attainment of Master of Science in Environmental

10     Engineering from the University of Lowell, MA Department of Civil Engineering in March 1982.

11     **Exhibit B:**  Three documents relating to a 146-page whistle blowing complaint Plaintiff filed in Jan

12     2020 in advance of the above-referenced proving that Kelleher specifically asked the EPA

13     Administer to comply with PL 104-113 section 12(d) by repeating/confirming the 906 runs Kelleher

14     made using the ASTM certified SMARTS2.9.5 radiative transfer code to assess the climatic effects of

15     documented stratospheric ozone depletion by month within the Arctic's Beaufort Sea comparing

1989 to 1993 as well as verifying the results with the calculations Kelleher made using the linear relationships between OOD and % absorption of TOA irradiance as depicted in Lacis and Hansen, 1974 fig 6.

**Exhibit C:** Factual evidence of the EPA's failure to comply with the Clean Air Act, PL 104-113 and a related U.S. Supreme Court ruling

**Exhibit D:** Factual evidence that a natural solar cycle that commenced in 1937, paused in the 1960s and accelerated in 1972 caused all global warming trends since 1972

**EXHIBIT E:** Factual evidence that decreases in Antarctic stratospheric ozone in spring causes proportionate increases in downwelling shortwave radiation centered in Ozone's Chappuis absorption band relative to the amount absorbed at baseline

**EXHIBIT F:** Factual evidence that as of 2004, federal executive branch agencies and employees within DOE, NASA, NOAA, DOD, NSF and Smithsonian Institution were aware that satellite datasets and the reference spectrum for incident sunlight entering the TOA would need to be fudged to endorse the GHGT of global warming via coupled GCMs

**EXHIBIT G:** Factual evidence that as of 2012-17, senior level NASA staff were raising concerns and exploring the possibility that that the SORCE mission satellite dataset was being fudged with respect to the ratio of visible to near infrared in incident sunlight entering the top of the atmosphere leading to forming and funding the first NASA Solar Irradiance Science Team.

**EXHIBIT H:** Factual evidence that the coupled general circulation models (GCMs) endorsed by the EPA and IPCC, etc., were found by SIST2 to be brazenly corruptly calibrated

**EXHIBIT I:** Factual evidence that under GS-Max conditions nitrous oxide (N2O) that rises up into the stratosphere plays no significant role in decreases in stratospheric ozone

1   except in the tropics and that HOx is the key actor in the lower stratosphere rather than

2   NOx or ODS. Example illustrations and explanations.

3   **EXHIBIT J**: Factual basis for rejecting the greenhouse gas theory (GHGT) of global warming out

4   of hand

5   **EXHIBIT K**: Empirical evidence that Ozone Depleting Substances (ODS) do not destroy

6   environmentally significant amounts of Antarctic lower stratospheric ozone in the spring and

7   summer but rather increase the EPP effect

8   **EXHIBIT L:** Factual evidence that lower stratospheric ozone depletion and resulting

9   increases in **Chappuis band irradiance** caused all warming trends commencing in 1972 in

10  the Northern Hemisphere.